JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LETA REMUS,<br><br>            Defendant. | Case No. 2:06-cr-085-JCM-GWF-5<br><br>**Motion to Dismiss the Fourth Superseding Indictment as to Defendant Leta Remus** |

On March 14, 2006, a federal grand jury returned an Indictment charging defendant Leta Remus, among others, with various offenses related to alleged credit card fraud. (ECF 1.) The same day, the Court issued an arrest warrant for defendant Remus. (ECF 12.) A week later, on March 21, 2006, that federal grand jury returned a superseding indictment (ECF 21) and, that same day, the Court issued another arrest warrant for Remus (ECF 31). More than 16 years later, those warrant remains outstanding. Since the issuance of those warrants, a federal grand jury has superseded the Indictment in this case three more times (ECF 117, 174, 254).

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss without prejudice the Fourth Superseding Indictment as to defendant Remus. If granted, because the defendant would no longer face

any charges in this case, the Government further requests that the Court quash the outstanding warrants for his arrest.

Respectfully submitted this 16th day of November, 2022.

JASON M. FRIERSON
United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LETA REMUS,<br><br>    Defendant. | Case No. 2:06-cr-085-JCM-GWF-5<br><br>**Order Granting Motion to Dismiss the Fourth Superseding Indictment as to Defendant Leta Remus** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Fourth Superseding Indictment against Defendant Leta Remus.

JASON M. FRIERSON
United States Attorney

*s/*Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Leta Remus, it is hereby ordered that the warrants for his arrest issued on March 14, 2006, and March 21, 2006, in this case are quashed.

DATED December 2, 2022.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE